UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DAKOTA MICHAEL ANDERSON-TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LAKE, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-05431-SI<br><br>**ORDER FINDING MOTION LACKING CERTIFICATION; DENIED WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 38 |

On November 4, 2025, defendants County of Lake, Zachary Villalobos, Alejandro Castillo, and Jacob Masdeo filed a motion to dismiss (Dkt. No. 38) but failed to file a certification that they had met and conferred with the opposing party pursuant to this Court's Government Shutdown Notice. *See* https://cand.uscourts.gov/judges/si/illston-susan.  That notice provides:

> All parties are advised that effective Monday, October 20, 2025, the judiciary will run out of funding and only limited operations will continue. *See Judiciary Funding Lapse - Limited Operations*. As a consequence, court staff will not be paid despite the requirement to work on essential matters.
>
> Accordingly, if the shutdown continues after October 29, 2025, unless the Court notifies the parties otherwise, the Court will take all motion hearings under submission, to be rescheduled, if a hearing is necessary, upon resumption of funding of the federal judiciary.
>
> And, beginning immediately, and until the judiciary is funded, **parties shall meet and confer before filing any motion**. The parties shall determine whether the litigation can proceed without the motion or whether the motion must be urgently resolved. If the latter, lead counsel shall file a certification attesting to the same with the filing of any motion. Failure to provide the certification may result in a sua sponte denial without prejudice.

The Court appreciates the parties' cooperation during this period.

*Id.* Accordingly, the motion is denied without prejudice and Docket No. 38 is terminated.

**IT IS SO ORDERED**.

Dated: November 4, 2025

_____
SUSAN ILLSTON
United States District Judge

2