UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF DAKOTA MICHAEL ANDERSON-TURNER,

Plaintiff,

v.

COUNTY OF LAKE, et al.,

Defendants.

Case No. 25-cv-05431-SI

**ORDER RE: REASSIGNMENT**

The Court requests that the Clerk randomly reassign this case to a District Judge.

**IT IS SO ORDERED**.

Dated: July 10, 2026

SUSAN ILLSTON
United States District Judge